JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HENSON, an individual; and DIANE HENSON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-04781 MWF (PLAx)<br><br>(Formerly Ventura County Superior Court Case No.: 56-2021-00553668-CU-IC-VTA)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION AS TO ALL PARTIES AND ALL CAUSES OF ACTION WITH PREJUDICE**<br><br>Hon. Michael W. Fitzgerald |

1

## ORDER

Based on the joint motion of the parties, and upon good cause shown, Plaintiffs Steven Henson and Diane Henson and Defendant AMCO Insurance Company's joint motion to dismiss is GRANTED and the entire above-captioned action is dismissed with prejudice as to all parties and all causes of action. Each party is to bear their own costs and fees.

Dated: February 9, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge